IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT SWINDOL                                                                                    PLAINTIFF

V.                                                                CIVIL ACTION NO. 1:13-CV-00237-SA-DAS

AURORA FLIGHT SCIENCES
CORPORATION                                                                                      DEFENDANT

## ORDER

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Dismiss Plaintiff's Complaint [4] is GRANTED. Plaintiff has failed to state a claim upon which relief may be granted. Accordingly, Plaintiff's claim for wrongful discharge is dismissed with prejudice. However, Plaintiff's claim for defamation is dismissed without prejudice.

SO ORDERED on this, the 30th day of September, 2014.

                                                                                                    /s/ Sharion Aycock              
                                                                     UNITED STATES DISTRICT JUDGE